**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **PRIMELENDING, A PLAINSCAPITAL COMPANY,** | § | |
| *Plaintiff* | § | **MO:25-CV-00275-DC** |
| | § | |
| **v.** | § | |
| | § | |
| **BUDDY JAMES FAZZIOJR., LEANNDA CHRISTINE FAZZIO, THE UNITED STATES OF AMERICA,** | § | |
| *Defendants* | § | |

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Plaintiff's failure to prosecute the case.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his report and recommendation on January 5, 2026.[2] As of the date of this order, no party has filed objections to this report and recommendation.

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the

---

[1] Doc. 13.

[2] *Id.*

report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the Report and Recommendation of the United States Magistrate Judge[4] be **ADOPTED**. Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute the case.

It is so **ORDERED**.

SIGNED this 21st day of January, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 72 advisory committee's note.
[4] Doc. 13.